```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 00591
   CATHY M STEINWANDTNER
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3656


----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/12/07 and confirmed on 06/11/07.

   2.  The case was dismissed after confirmation, 12/06/2007.

   3.  The Debtor paid a total of $  10898.00 .

   4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------------

BANK OF NEW YORK         CURRENT MORTG    10614.65            .00        10614.65
BANK OF NEW YORK         MORTGAGE ARRE    29020.57            .00             .00
PEDIATRIC REHABILIATION  UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK         UNSECURED         1877.00            .00             .00
CAPITAL ONE BANK         UNSECURED         1191.34            .00             .00
CAPITAL ONE BANK         UNSECURED         1019.57            .00             .00
CAPITAL ONE BANK         UNSECURED         3011.29            .00             .00
SMC                      UNSECURED         1900.88            .00             .00
EDWARD PITTAN            UNSECURED        NOT FILED           .00             .00
GENESIS FINANCIAL SOLUTI UNSECURED        NOT FILED           .00             .00
HSBC                     UNSECURED        NOT FILED           .00             .00
RETAILERS NATL BANK      UNSECURED        NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE   UNSECURED        NOT FILED           .00             .00
MERCHANTS CREDIT GUIDE   UNSECURED        NOT FILED           .00             .00
OCONNEL LAW OFFICE       UNSECURED         2596.18            .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         6028.69            .00             .00
ROAMANS                  UNSECURED        NOT FILED           .00             .00
ROBERT A CHAPSKI LTD     UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC      UNSECURED          834.87            .00             .00
BECKET & LEE LLP         UNSECURED         3156.85            .00             .00
----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
----------------------------------------------------------------------------

RECOVERY MANAGEMENT SYST UNSECURED          461.38            .00             .00
WORLD FINANCIAL NETWORK  UNSECURED        NOT FILED           .00             .00
BECKET & LEE LLP         UNSECURED          393.34            .00             .00
ROUNDUP FUNDING LLC      UNSECURED         2315.97            .00             .00
             Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      39635.22           .00     24787.36           .00    64422.58
PRINCIPAL PAID          10614.65           .00          .00           .00    10614.65
INTEREST PAID                .00           .00          .00           .00         .00
TOTAL PAID              10614.65           .00          .00           .00    10614.65
```
The Debtor's attorney, GARY L SHILTS               , was allowed $   2400.00
and was paid $    1221.00   direct and $       .00   through the plan.

The Trustee received $     283.35 .

Refunds to the Debtor totaled $       .00 .

　　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


　　　Dated: 03/10/08　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　GLENN STEARNS
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 07 B 00591 CATHY M STEINWANDTNER